ELECTRONICALLY FILED
9/18/2017 3:00 PM
2017-L-009434
CALENDAR: X
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Atty No 36251

STATE OF ILLINOIS)
              ) SS
COUNTY OF C O O K)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **CORY KIZER,** | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | ) No. |
| | ) |
| **LORNE HUDSON and PROFESSIONAL** | ) |
| **CARRIERS INC.,** | ) |
| | ) |
|     Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, CORY KIZER by and through his attorneys, LAW OFFICES OF TIMOTHY MOLL, and complains of the Defendants, LORNE HUDSON and PROFESSIONAL CARRIERS INC, stating as follows:

1. On or about the 19th day of November, 2015, Plaintiff, CORY KIZER was a passenger in a vehicle operated by Clara Arnold, traveling in southerly direction on and upon Cottage Grove at or near 111th, in the City of Chicago, County of Cook and the State of Illinois.

2. At the aforesaid time and place, Defendant, PROFESSIONAL CARRIERS INC., owned and Defendant, LORNE HUDSON, operated a certain motor vehicle in a reverse direction on and upon Cottage Grove at or near 111th St, in the City of Chicago, County of Cook and the State of Illinois.

3. That at the aforesaid time and place and at all times mentioned herein, the Plaintiff was in the exercise of all due care and caution for the Plaintiff's own safety, and for others then and there present.

**EXHIBIT**

**A**

ALL-STATE LEGAL®

4. At all times hereto material, it was the duty of the Defendants to exercise ordinary care for the safety of the person and property of others then and there upon said roadway, and especially the Plaintiff herein.

5. At the time and Place, Defendant, LORNE HUDSON was acting as agent/employee of Defendant, PROFESSIONAL CARRIERS, INC.

6. That the Defendants carelessly, negligently and improperly operated, drove, managed, controlled, propelled and equipped said motor vehicle while driving at the aforesaid time and place, specifically by failing to yield the right of way to the Plaintiff, by reversing his vehicle from the on the through travel lane of Cottage Grove striking the Plaintiff's vehicle, and that by reason of the careless, negligent and improper conduct of the Defendants, the Defendant's vehicle was then and there caused to come into violent contact and collision with Plaintiff's vehicle, and the Plaintiff was then and there knocked down, thrown and hurled with great force and violence against said motor vehicle.

7. Notwithstanding said duty as heretofore alleged, Defendants then and there did or failed to do one or more of the following careless and negligent acts and/or omissions:

> (a) Operated said motor vehicle at a rate of speed greater than was reasonable and proper for considerations then and there existing upon said roadway, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 11- 601(a);
>
> (b) Maintained, equipped and operated said motor vehicle without brakes adequate to control the movement of and to stop said vehicle in time and hold said vehicle, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 12-301(a);
>
> (c) Failed to retain sufficient and proper control over the operation of said vehicle;
>
> (d) Failed and neglected to keep a proper lookout for persons and property lawfully and rightfully on said parking lot;

ELECTRONICALLY FILED
9/18/2017 3:00 PM
2017-L-009434
PAGE 2 of 5

(e) Failed and neglected to operate said motor vehicle in a reasonable and safe manner so as not to cause damage to Plaintiffs' vehicle;

(f) Negligently and carelessly failed to give audible warning with the horn of the approach of said vehicle contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 12-601(a);

(g) Negligently and carelessly operated said motor vehicle by failing to yield the right-of-way to the Plaintiff's vehicle that was approaching on the roadway Defendant was attempting to enter, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 11-906;

(f) Operated said motor vehicle in a reverse direction without first ascertaining that such movement could be made with safety and without interfering with other traffic, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2 Section 11-1402 (a);

ELECTRONICALLY FILED
9/18/2017 3:00 PM
2017-L-009434
PAGE 3 of 5

8.    As a proximate result of the careless and negligent conduct of the Defendant, as aforesaid, Plaintiff sustained damages to his vehicle, by reason of which Plaintiff expended and incurred obligations for expenses and care of said vehicle and other personal expenses resulting from the damaged vehicle

9.    As a proximate result of the conduct of the Defendants, as aforesaid, Plaintiff sustained divers temporary and permanent disabling injuries internally and externally, by reason of which Plaintiff expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff has been and will be prevented from attending to Plaintiff's usual affairs and duties and has lost and will continue to lose great gains Plaintiffs would otherwise have made and acquired.

**WHEREFORE**, the Plaintiff, CORY KIZER pray that judgment be entered in favor of Plaintiff and against Defendant, LORNE HUDSON and PROFESSIONAL CARRIERS, INC., in the amount in excess of THIRTY THOUSAND DOLLARS ($ 30,00.00), plus costs of this action.

Respectfully submitted,

BY: _____

Timothy Moll

LAW OFFICES OF TIMOTHY C. MOLL
Attorneys for Plaintiff
221 N. LaSalle St., Ste. 2301
Chicago, Illinois 60601
Phone (312)726-1731
Atty. No. 36251
Email elaw-tmoll@usa.net

ELECTRONICALLY FILED
9/18/2017 3:00 PM
2017-L-009434
PAGE 4 of 5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CORY KIZER,                              )
                                         )
            Plaintiff,                   )
      vs.                                )   No.
                                         )
LORNE HUDSON and PROFESSIONAL            )
CARRIERS INC.,                           )
                                         )
            Defendants.                  )

### AFFIDAVIT OF DAMAGES

The undersigned being first duly sworn upon oath deposes and states that in the above entitled

action the Plaintiff is seeking money damages in excess of 50,000.00

Further Affiant Sayeth Not.

Under penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil
Procedure, the undersigned attorney certifies that the statements set forth in this instrument are
true and correct, except as to certain matters herein stated to be on information and belief, and as
to such matters I certify that I verily believe the same to be true.

_____
            Timothy Moll

LAW OFFICES OF TIMOTHY C. MOLL
Attorneys for Plaintiff
221 N. LaSalle St., Ste. 2301
Chicago, Illinois 60601
Phone (312)726-1731
Atty. No. 36251

ELECTRONICALLY FILED
9/18/2017 3:00 PM
2017-L-009434
PAGE 5 of 5

Summons - Alias Summons                                                  (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CORY KIZER

v.

LORNE HUDSON;
PROFESSIONAL CARRIERS, INC

No. 2017-L-009434

Defendant Address:

PROFESSIONAL CARRIERS, INC

VIA ILLINOIS SECRETARY OF STATE

L/K/A 54 SOMERVILLE RD HARTAND, NB
~~CANADA~~
SPRINGFIELD, IL 62756

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 _____ ,Chicago, Illinois 60602

☐ District 2 - Skokie
    5600 Old Orchard Rd.
    Skokie, IL 60077

☐ District 3 - Rolling Meadows
    2121 Euclid 1500
    Rolling Meadows, IL 60008

☐ District 4 - Maywood
    Maybrook Ave.
    Maywood, IL 60153

☐ District 5 - Bridgeview
    10220 S. 76th Ave.
    Bridgeview, IL 60455

☐ District 6 - Markham
    16501 S. Kedzie Pkwy.
    Markham, IL 60428

☐ Richard J. Daley Center
    50 W. Washington, LL-01
    Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 36251

Name: MOLL TIMOTHY LAW OFFICES

Atty. for: CORY KIZER

Address: 221N LASALLE 2301

City/State/Zip Code: CHICAGO, IL 60601

Telephone: (312) 726-1731

Primary Email Address: elaw-tmoll@usa.net

Secondary Email Address(es):

Witness: Monday, 18 September 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

Summons - Alias Summons                                                                 (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CORY KIZER

v.                                                          No. 2017-L-009434

LORNE HUDSON;                                               Defendant Address:
PROFESSIONAL CARRIERS, INC                                  LORNE HUDSON
                                                            VIA ILLINOIS SECRETARY OF STATE
                                                            L/K/A 54 SOMERVILLE RD HARTAND, NB
                                                            CANADA
                                                            SPRINGFIELD, IL 62756

### ☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801** _____ ,Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood
   5600 Old Orchard Rd.            2121 Euclid 1500                      Maybrook Ave.
   Skokie, IL 60077                Rolling Meadows, IL 60008             Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                ☐ Richard J. Daley Center
   10220 S. 76th Ave.              16501 S. Kedzie Pkwy.                 50 W. Washington, LL-01
   Bridgeview, IL 60455           Markham, IL 60428                      Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 36251                          Witness:          Monday, 18 September 2017

Name: MOLL TIMOTHY LAW OFFICES            /s DOROTHY BROWN

Atty. for: CORY KIZER                      DOROTHY BROWN, Clerk of Court

Address: 221N LASALLE 2301

City/State/Zip Code: CHICAGO, IL 60601     Date of Service: _____

Telephone: (312) 726-1731                  (To be inserted by officer on copy left with Defendant or other person)

Primary Email Address: elaw-tmoll@usa.net

Secondary Email Address(es):              **Service by Facsimile Transmission will be accepted at:

_____                            _____

_____                            (Area Code)   (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### Page 1 of 1

TO:         LORNE HUDSON and PROFESSIONAL CARRIERS INC OF HARTLAND, NEW BRINSWICK, CANADA

    I, Counsel for LORNE HUDSON and PROFESSIONAL CARRIERS INC OF HARTLAND, NEW BRUNSWICK, CANADA, acknowledge receipt of your request that I waive service of summons in the action of  CORY KIZER v. LORNE HUDSON, et. al. in the Circuit Court of Cook County, Illinois.

    I agree to save the cost of service of a summons that I (or the individual on whose behalf I am acting) be served with judicial process in the manner provided by the Illinois Code of Civil Procedure.

    I (or the individual on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion is not served upon you within 60 days after     September 29, 2017    .

                                              (Date Request was Sent)


_____          _____
        (Date)                                         (Signature)

          Printed/Typed Name: _____

**Fisher, Carlton D.**

| | |
|---|---|
| **From:** | Tim Moll <tmoll@usa.net> |
| **Sent:** | Friday, September 29, 2017 5:10 PM |
| **To:** | Fisher, Carlton D. |
| **Subject:** | Cory Kizer v. Hudson and professional carriers |
| **Attachments:** | Kizer Complaint.pdf; Kizer Summons1.pdf; kizer Summons2.pdf; kizer-waiver.docx |

Carlton:

Sorry to send it late on a Friday, so give me a response next week. Enclosed, please find the complaint filed against your clients last week. As I understood it, you would accept service. Please let me know if I am mistaken.
I took this file over from James Burke's office.

Thanks

Timothy Moll


Law Offices of Timothy C. Moll
221 N. LaSalle Street, Suite 2301
Chicago, Illinois 60601
www.timothymoll-law.com
Phone (312) 726-1731
Fax   (312) 726-1736


CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.



**Fisher, Carlton D.**

| | |
|---|---|
| **From:** | Fisher, Carlton D. |
| **Sent:** | Tuesday, October 24, 2017 4:34 PM |
| **To:** | Tim Moll |
| **Cc:** | Carlton Fisher; Anne C. Couyoumjian |
| **Subject:** | RE: Cory Kizer v. Hudson and professional carriers |

Tim,

I'm sorry for the long delay in getting back to you about this Kizer case that you inherited from Jim Burke.

First, although I do not remember agreeing to a previous request that I accept service of process on behalf of my Canadian clients, I have secured permission to do that. This agreement will obviate your need to go through the Hague Convention or a more cumbersome procedure for securing service of process on my clients. I am hoping such cooperation will inure to my benefit in the future when I need a favor.

I am preparing an answer which I will file shortly.

Second, as you know, Jim Burke and I settled the cases of Mr. Kizer's alleged companions for very modest amounts. We agreed that Mr. Kizer's claim would have to be litigated since his medical special damages alone totalled more than $70,000 (when last counted in late 2016) and Jim Burke's settlement demand was $210,000.00. Can you please confirm for me that your client's settlement demand is still $210,000.00?

If you have any updated medical beyond what I am listing below, please provide that information to me.

Cook County Hospital - $194.00; Advanced Medical Med (Dr. James Kopsian) - $11,865.41; Advanced Physical Med (Michael Bershander LPT); Pinnacle Pain Management - $380.00; North Shore Orthopedics - $12,043.26; Royal First Asst. - $4,773.00; Archer Open MRI - $3,600.00; North Shore Anesthesia - $1,440.00; and APM Surgical Group - $29,755.15, for a total of $70,247.32 in medical special damages.

Thank you for your anticipated cooperation.

Carlton D. Fisher
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300, Chicago, IL, 60601
Tel: 312-704-3450 | Fax: 312-704-3001
cfisher@hinshawlaw.com | hinshawlaw.com

-----Original Message-----
From: Tim Moll [mailto:tmoll@usa.net]
Sent: Friday, September 29, 2017 5:10 PM
To: Fisher, Carlton D.
Subject: Cory Kizer v. Hudson and professional carriers



1

Carlton:

Sorry to send it late on a Friday, so give me a response next week. Enclosed, please find the complaint filed against your clients last week. As I understood it, you would accept service. Please let me know if I am mistaken.
I took this file over from James Burke's office.

Thanks

Timothy Moll


Law Offices of Timothy C. Moll
221 N. LaSalle Street, Suite 2301
Chicago, Illinois 60601
www.timothymoll-law.com
Phone (312) 726-1731
Fax  (312) 726-1736


CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

**Fisher, Carlton D.**

| | |
|---|---|
| **From:** | Tim Moll <tmoll@usa.net> |
| **Sent:** | Wednesday, October 25, 2017 3:31 PM |
| **To:** | Fisher, Carlton D. |
| **Subject:** | RE: Cory Kizer v. Hudson and professional carriers |

Carlton:

I have exactly what you have regarding medicals and amounts. I placed a call to confirm no recent treatment, so I will confirm with you when my client calls me back.

Thanks for appearing. We are up on the 15th of Nov in 2205 at 9:30, if you just want to do it all on that day, that is fine by me.

If you need anything else, please let me know.


Timothy Moll


Law Offices of Timothy C. Moll
221 N. LaSalle Street, Suite 2301
Chicago, Illinois 60601
www.timothymoll-law.com
Phone (312) 726-1731
Fax   (312) 726-1736


CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.


------ Original Message ------
Received: Tue, 24 Oct 2017 04:34:11 PM CDT
From: "Fisher, Carlton D." <cfisher@hinshawlaw.com>
To: Tim Moll <tmoll@usa.net>Cc: "Fisher, Carlton D." <cfisher@hinshawlaw.com>,
"Couyoumjian, Anne C."<ACouyoumjian@hinshawlaw.com>
Subject: RE: Cory Kizer v. Hudson and professional carriers

Tim,

I'm sorry for the long delay in getting back to you about this Kizer case that you inherited from Jim Burke.


EXHIBIT
D
ALL-STATE LEGAL®

1

First, although I do not remember agreeing to a previous request that I accept service of process on behalf of my Canadian clients, I have secured permission to do that. This agreement will obviate your need to go through the Hague Convention or a more cumbersome procedure for securing service of process on my clients. I am hoping such cooperation will inure to my benefit in the future when I need a favor.

I am preparing an answer which I will file shortly.

Second, as you know, Jim Burke and I settled the cases of Mr. Kizer's alleged companions for very modest amounts. We agreed that Mr. Kizer's claim would have to be litigated since his medical special damages alone totalled more than $70,000 (when last counted in late 2016) and Jim Burke's settlement demand was $210,000.00. Can you please confirm for me that your client's settlement demand is still $210,000.00?

If you have any updated medical beyond what I am listing below, please provide that information to me.

Cook County Hospital - $194.00; Advanced Medical Med (Dr. James Kopsian) - $11,865.41; Advanced Physical Med (Michael Bershander LPT); Pinnacle Pain Management - $380.00; North Shore Orthopedics - $12,043.26; Royal First Asst. - $4,773.00; Archer Open MRI - $3,600.00; North Shore Anesthesia - $1,440.00; and APM Surgical Group - $29,755.15, for a total of $70,247.32 in medical special damages.

Thank you for your anticipated cooperation.

Carlton D. Fisher
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300, Chicago, IL, 60601
Tel: 312-704-3450 | Fax: 312-704-3001
cfisher@hinshawlaw.com | hinshawlaw.com


-----Original Message-----
From: Tim Moll [mailto:tmoll@usa.net]
Sent: Friday, September 29, 2017 5:10 PM
To: Fisher, Carlton D.
Subject: Cory Kizer v. Hudson and professional carriers


Carlton:

Sorry to send it late on a Friday, so give me a response next week. Enclosed, please find the complaint filed against your clients last week. As I understood it, you would accept service. Please let me know if I am mistaken.
    I took this file over from James Burke's office.

Thanks

Timothy Moll

Law Offices of Timothy C. Moll
221 N. LaSalle Street, Suite 2301
Chicago, Illinois 60601
www.timothymoll-law.com
Phone (312) 726-1731
Fax   (312) 726-1736

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.
Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that
has elected to be governed by the Illinois Uniform Partnership Act (1997).<br><br>

The contents of this e-mail message and any attachments are intended solely for
the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or
work product privileges. If you are not the intended recipient of this message, or if
this message has been addressed to you in error, please immediately alert the

sender by reply e-mail and then delete this message and its attachments. Do not
deliver, distribute or copy this message and/or any attachments and if you are not
the intended recipient, do not disclose the contents or take any action in reliance
upon the information contained in this communication or any attachments.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CORY KIZER,                                )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )       No. 2017 L 009434
                                           )
LORNE HUDSON and PROFESSIONAL              )
CARRIERS INC.,                             )
                                           )
            Defendant.                     )
                                           )

### NOTICE OF FILING

TO:    Law Offices of Timothy C. Moll
       221 N. LaSalle Street
       Suite 2301
       Chicago, IL 60601

       **PLEASE TAKE NOTICE** that on October 25 2017, we caused to be filed with the Clerk of the Circuit Court of Cook County, County Department, Law Division, **Defendant's Appearance and Jury Demand and Answer to Plaintiff's Complaint,** a copy of which is attached hereto and herewith served upon you.

Carlton D. Fisher
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3450
Firm No. 90384

### PROOF OF SERVICE

       I, the undersigned, a non-attorney, certify that I served the Notice of Filing and **Defendant's Appearance and Jury Demand and Answer to Plaintiff's Complaint** by depositing the same in the U.S. Mail at 222 N. LaSalle, Suite 300 by 5:00 p.m. on October 25, 2017, with proper postage prepaid.

[x]    Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), I certify that the statements set forth herein are true and correct.

EXHIBIT
E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CORY KIZER )
)
        Plaintiff, )
) Case No. 2017 L 009434
v. )
)
LORNE HUDSON and PROFESSIONAL )
CARRIERS, INC., )
)
        Defendants. )
)
)

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance of the Defendants, **LORNE HUDSON AND PROFESSIONAL CARRIERS, INC.**

**\*Defendant demands trial by jury.**

_____
               Carlton D. Fisher

**Name: HINSHAW & CULBERTSON LLP**
**Attorney for:** Defendants
**Address:**     222 North LaSalle Street, Suite 300
**City:**         Chicago, IL 60601-1081
**Telephone:** 312-704-3450
**Atty. No.**    90384

    **\*Strike demand for trial by jury if not applicable.**

    I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

_____
          Attorneys for Defendants

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CORY KIZER,                          )
                                     )
            Plaintiff,               )
                                     )        Case No. 2017 L 009434
v.                                   )
                                     )
LORNE HUDSON and PROFESSIONAL        )
CARRIERS INC.,                       )
                                     )
            Defendants.              )

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME the Defendants, LORNE HUDSON and PROFESSIONAL CARRIERS INC., residents, citizens and a corporation of the country of Canada, by and through their attorneys, HINSHAW & CULBERTSON LLP, and for their answers to plaintiff's Complaint, they state as follows:

1.     On or about the 19th day of November, 2015, Plaintiff, CORY KIZER was a passenger in a vehicle operated by Clara Arnold, traveling in southerly direction on and upon Cottage Grove at or near 111th, in the City of Chicago, County of Cook and the State of Illinois.

**ANSWER:   Defendants admit on information and belief that Ciara Arnold was driving her car at or near Cottage Grove and 111th in Chicago, Illinois, on November 19, 2015; further answering, the defendants deny the remaining allegations of paragraph 1.**

2.     At the aforesaid time and place, Defendant, PROFESSIONAL CARRIERS INC., owned and Defendant, LORNE HUDSON, operated a certain motor vehicle in a reverse direction on and upon Cottage Grove at or near 111th St, in the City of Chicago, County of Cook and the State of Illinois.

**ANSWER:   Admitted.**

300629808v1 0992638

3.     That at the aforesaid time and place and at all times mentioned herein, the Plaintiff was in the exercise of all due care and caution for the Plaintiff's own safety, and for others then and there present.

**ANSWER:     Denied.**

4.     At all times hereto material, it was the duty of the Defendants to exercise ordinary care for the safety of the person and property of others then and there upon said roadway, and especially the Plaintiff herein.

**ANSWER:     The defendants deny that the allegations of paragraph 4 accurately state what duty, if any, they owed to the plaintiff or any other person.**

5.     At the time and Place, Defendant, LORNE HUDSON was acting as agent/employee of Defendant, PROFESSIONAL CARRIERS, INC.

**ANSWER:     Pursuant to the provisions of the Federal Motor Carrier Safety Regulations and any comparable regulations applicable to Canadian drivers, employees, employers and motor carriers while operating in the United States, the defendants admit that LORNE HUDSON was the statutory employee of PROFESSIONAL CARRIERS INC.**

6.     That the Defendants carelessly, negligently and improperly operated, drove, managed, controlled, propelled and equipped said motor vehicle while driving at the aforesaid time and place, specifically by failing to yield the right of way to the Plaintiff, by reversing his vehicle from the on the through travel lane of Cottage Grove striking the Plaintiff's vehicle, and that by reason of the careless, negligent and improper conduct of the Defendants, the Defendant's vehicle was then and there caused to come into violent contact and collision with Plaintiff's vehicle, and the Plaintiff was then and there knocked down, thrown and hurled with great force and violence against said motor vehicle.

2

**ANSWER:** **Denied.**

7.      Notwithstanding said duty as heretofore alleged, Defendants then and there did or failed to do one or more of the following careless and negligent acts and/or omissions:

a.      Operated said motor vehicle at a rate of speed greater than was reasonable and proper for considerations then and there existing upon said roadway, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 11- 601(a);

b.      Maintained, equipped and operated said motor vehicle without brakes adequate to control the movement of and to stop said vehicle in time and hold said vehicle, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 12-301(a);

c.      Failed to retain sufficient and proper control over the operation of said vehicle;

d.      Failed and neglected to keep a proper lookout for persons and property lawfully and rightfully on said parking lot;

e.      Failed and neglected to operate said motor vehicle in a reasonable and safe manner so as not to cause damage to Plaintiffs' vehicle;

f.      Negligently and carelessly failed to give audible warning with the horn of the approach of said vehicle contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 12-601(a);

g.      Negligently and carelessly operated said motor vehicle by failing to yield the right-of-way to the Plaintiff's vehicle that was approaching on the roadway Defendant was attempting to enter, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 11-906;

h.      Operated said motor vehicle in a reverse direction without first ascertaining that such movement could be made with safety and without interfering with other traffic, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2 Section 11-1402 (a);

**ANSWER:** **Denied.**

8.      As a proximate result of the careless and negligent conduct of the Defendant, as aforesaid, Plaintiff sustained damages to his vehicle, by reason of which Plaintiff expended and incurred obligations for expenses and care of said vehicle and other personal expenses resulting from the damaged vehicle.

3

300629808v1 0992638

**ANSWER:** Denied.

9. As a proximate result of the conduct of the Defendants, as aforesaid, Plaintiff sustained divers temporary and permanent disabling injuries internally and externally, by reason of which Plaintiff expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff has been and will be prevented from attending to Plaintiff's usual affairs and duties and has lost and will continue to lose great gains Plaintiffs would otherwise have made and acquired.

**ANSWER:** **Defendants admit that the plaintiff, CORY KIZER, has alleged through his counsel that he incurred medical special damages totalling $70,247.32, from the following health care providers: Cook County Hospital - $194.00; Advanced Medical Med (Dr. James Kopsian) - $11,865.41; Advanced Physical Med (Michael Bershander LPT); Pinnacle Pain Management - $380.00; North Shore Orthopedics - $12,043.26; Royal First Asst. - $4,773.00; Archer Open MRI - $3,600.00; North Shore Anesthesia - $1,440.00; and APM Surgical Group - $29,755.15. Defendants also admit that plaintiff's counsel has pled in his client's complaint's ad damnum clause that plaintiff is entitled to an amount in excess of $30,000.00 and has signed an "Affidavit of Damages" that avers his client is seeking money damages in excess of $50,000.00. Moreover, defendants admit that the plaintiff's previous lawyer had demanded in settlement from these defendants the sum of $210,000.00. Further answering, the defendants admit that the plaintiff's claims of injury contained in paragraph 9 above ("sustain[ing] divers . . . permanent disabling injuries internally and externally, by reason of which Plaintiff expended and incurred obligations for medical expenses**
and care and will in the future expend and incur such further obligations and . . . has been and will be prevented from attending to Plaintiff's usual affairs and duties and has lost and will

4

300629808v1 0992638

continue to lose great gains Plaintiff[] would otherwise have made and acquired") **constitute allegations of an amount in controversy that exceeds $75,000.00.**

WHEREFORE, the Defendants, LORNE HUDSON and PROFESSIONAL CARRIERS INC., deny that the Plaintiff is entitled to any judgment in his favor and against the Defendants in any amount whatsoever.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

On information and belief, the defendants claim that to the extent the plaintiff proves that he was an occupant of the car driven by Ciara Arnold on the date and at the place alleged, then he has failed to mitigate his injuries and damages and thus his damages, to the extent they are recoverable, should be lessened by an amount commensurate with the plaintiff's failure to mitigate his damages.

### SECOND AFFIRMATIVE DEFENSE

To the extent that the discovery in this case demonstrates the existence of any other factual matters that the defendants may claim support an affirmative defense not yet plead in this answer, then they reserve the right to allege such an affirmative defense or defenses.

HINSHAW & CULBERTSON LLP
Attorneys for Defendants LORNE HUDSON
and PROFESSIONAL CARRIERS INC.

By: _____
One of Their Attorneys

Carlton D. Fisher 3122466
cfisher@hinshawlaw.com
Hinshaw & Culbertson LLP
222 North LaSalle Street
Chicago, IL 60601-1081
312-704-3000
Firm No. 90384

300629808v1 0992638