# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cory Kizer

                Plaintiff,

v.                                         Case No.: 1:17−cv−07726
                                                      Honorable Charles P. Kocoras

Lorne Hudson, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Oral motion to dismiss the complaint and third−party complaint without prejudice is granted. This case is dismissed without prejudice to convert to a dismissal with prejudice on 6/4/2020 without further order of court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.